Certificate Number: 12433-NJ-DE-032668687

Bankruptcy Case Number: 19-16775



12433-NJ-DE-032668687

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 14, 2019, at 1:16 o'clock PM EDT, Michael Waite completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  April 14, 2019          By:  /s/Lance Brechbill

                               Name:  Lance Brechbill

                               Title:  Teacher