Certificate Number: 12433-NJ-DE-032668688

Bankruptcy Case Number: 19-16775



12433-NJ-DE-032668688

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 14, 2019,</u> at <u>1:16</u> o'clock <u>PM EDT</u>, <u>Sandra Gay Waite</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>April 14, 2019</u>          By:   <u>/s/Lance Brechbill</u>

Name:   <u>Lance Brechbill</u>

Title:   <u>Teacher</u>