UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                         Bankr. Case No. 19-16775-CMG-13

MICHAEL WAITE and SANDRA G. WAITE                                              Chapter 13
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                         Bankr. Case No. 19-16775-CMG-13

MICHAEL WAITE and SANDRA G. WAITE                   Chapter 13
      Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 3, 2019 :

    JOEL R SPIVACK                                  Albert Russo
    1820 Chapel Avenue West                CN 4853
    Suite 195                                           Trenton, NJ 08650
    Cherry Hill, NJ 08002

                                                     By  /s/ Mandy Youngblood
                                                              Mandy Youngblood

xxxxx33584 / 986225