| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 12/31/2019
### Chapter 13 Case No. 19-16775 / CMG

Michael Waite  
Sandra Gay Waite

Petition Filed Date: 04/03/2019  
341 Hearing Date: 05/09/2019  
Confirmation Date: 08/21/2019

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/02/2019 | $625.00 | 58316220 | 06/03/2019 | $625.00 | 59109220 | 07/02/2019 | $625.00 | 59843370 |
| 08/05/2019 | $625.00 | 60675520 | 09/03/2019 | $625.00 | 61457020 | 10/03/2019 | $625.00 | 62286750 |
| 11/04/2019 | $625.00 | 62995320 | 12/03/2019 | $625.00 | 63734680 | | | |

**Total Receipts for the Period: $5,000.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $6,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Michael Waite | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joel R. Spivack, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2015-2016,2018 | Priority Crediors | $7,530.75 | $0.00 | $7,530.75 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2013-2014 | Unsecured Creditors | $7,942.00 | $0.00 | $7,942.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES, INC.<br>»» 2016 CHEVY SILVERADO | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 4 | Sheila Jasento | Unsecured Creditors | $19,310.00 | $0.00 | $19,310.00 |
| 5 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,106.13 | $0.00 | $1,106.13 |
| 6 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $820.94 | $0.00 | $820.94 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $4,177.19 | $0.00 | $4,177.19 |
| 8 | WELLS FARGO BANK, N.A.<br>»» 2015 NISSAN ROUGE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 9 | Verizon by American InfoSource as Agent | Unsecured Creditors | $804.74 | $0.00 | $804.74 |
| 10 | LVNV FUNDING LLC<br>»» SHERMAN/CREDIT ONE | Unsecured Creditors | $725.38 | $0.00 | $725.38 |
| 11 | SYNCHRONY BANK<br>»» LOWES CC | Unsecured Creditors | $123.75 | $0.00 | $123.75 |
| 12 | US BANK NATIONAL ASSOCIATION<br>»» P/316 UNIVERSITY AVE/1ST MTG | Mortgage Arrears | $8,717.13 | $2,316.89 | $6,400.24 |
| 13 | WSFS FKA BENEFICIAL BANK | Unsecured Creditors<br>No Disbursements: Filed Out of Time | $0.00 | $0.00 | $0.00 |
| 14 | NJ DIVISION OF TAXATION<br>»» 2018 | Priority Crediors | $1,195.73 | $0.00 | $1,195.73 |

**Chapter 13 Case No. 19-16775 / CMG**

| 15 | NJ DIVISION OF TAXATION | Unsecured Creditors | $2,643.71 | $0.00 | $2,643.71 |
|----|-------------------------|---------------------|-----------|-------|-----------|
|    | »» 2011,2013-2014       |                     |           |       |           |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/11/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,250.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $5,316.89 | Current Monthly Payment: | $625.00 |
| Paid to Trustee: | $353.11 | Arrearages: | $0.00 |
| Funds on Hand: | $580.00 | | |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**