UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Joel R. Spivack, Esquire JS1654
Law Office of Joel R. Spivack
1415 Marlton Pike East
Suite 302
Cherry Hill, NJ 08034
(856) 488-1200
Counsel for Debtors

In Re:

Michael and Sandra Waite

Case No.: 19-16775

Judge: CMG

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by _____US Bank NA_____, creditor,

    A hearing has been scheduled for _____March 3, 2021_____, at ___9am___.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☒ Payments have been made in the amount of $ ___3626.19___, but have not been accounted for. Documentation in support is attached.

☒ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:
We thought we were current. We proposed repayments of delinquency over 6 months.

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 2/8/2021                              /s/ Michael Waite
                                            Debtor's Signature

Date: 2/8/2021                              /s/ Sandra Waite
                                            Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

Feb. 4. 2021 9:40AM   Lumberton 6000703                                No. 5103   P. 1

WAITE

Account Transaction Detail Report                                      Page 1 of 1

PNC Bank
Lumberton 6000342
778 Eayrestown Road
Lumberton, NJ 08048

*Christy [signature]*
*Branch Banker*

**Account Number:** 8067662064                                          **PNC**

| Post Date | Effective Date | Amount | Balance | DCN | Stm | Type | Description |
|---|---|---|---|---|---|---|---|
| 01/19/2021 | 01/19/2021 | $1,821.19 | $528.45 | D | Y | ACH | 0016641029 SPS SELECT PORTFOLIO 000210150058S5045 |
| 12/16/2020 | 12/16/2020 | $1,805.00 | $984.02 | D | Y | ACH | 0016641029 SPS SELECT PORTFOLIO 000203S0012697245 |
| 11/12/2020 | 11/12/2020 | $1,805.96 | $351.01 | D | Y | ACH | 0016641029 SPS SELECT PORTFOLIO 000203170023l3735 |
| 10/16/2020 | 10/16/2020 | $1,805.96 | $353.01 | D | Y | ACH | 0016641029 SPS SELECT PORTFOLIO 000202890037B0351 |
| 09/16/2020 | 09/16/2020 | $1,805.96 | $261.82 | D | Y | ACH | 0016641029 SPS SELECT PORTFOLIO 000202590091954Z5 |

US Bank NA MFR

19-16775 CMG

MICHAEL + SANDRA WAITE

3/3 @ 9AM

https://cct.pncint.net/html/sbPrint.html                                2/4/2021