Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−16775−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael Waite
316 University Avenue
Pemberton, NJ 08068

Sandra Gay Waite
fka Sandra G. Fields
316 University Avenue
Pemberton, NJ 08068

Social Security No.:
xxx−xx−4828

xxx−xx−7442

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

I Michael R Gilmore , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

316 University Avenue, Pemberton, NJ 08068−0000, Burlington County; Tool shed located at Debtors' residence.

Dated: November 29, 2021
JAN: mrg

Jeanne Naughton
Clerk