Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                    Case No.: 19−16775−CMG
                    Chapter: 7
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Waite | Sandra Gay Waite |
| 316 University Avenue | fka Sandra G. Fields |
| Pemberton, NJ 08068 | 316 University Avenue |
| | Pemberton, NJ 08068 |

Social Security No.:
  xxx−xx−4828                                   xxx−xx−7442

Employer's Tax I.D. No.:

---

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 17, 2021</u>                 <u>Christine M. Gravelle</u>
                                                          Judge, United States Bankruptcy Court